IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kangaroo Manufacturing Incorporated, | No. CV-17-01806-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Amazon.com Incorporated, | |
| Defendant. | |

Having reviewed the parties' stipulation,

**IT IS ORDERED** that the Stipulation to Dismiss Allegations/Claims (Doc. 76) is **granted**;

**IT IS FURTHER ORDERED** that the following allegations and/or claims set forth in Plaintiff's complaint are **dismissed with prejudice**:

1. Paragraphs 91-96 of Count IV (Improper Control of Sales Prices by Amazon);
2. Paragraphs 97-100 of Count IV (Improper Storage and Fulfillment Fees by Amazon);
3. Paragraph 103, subparagraph (a) of Count V (Overcharging for Storage and Fulfillment);
4. Paragraph 103, subparagraph (c) of Count V (Miss-assigning the UPC code and PDP control and diverting sales from Plaintiff's authorized resellers while continuing to receive fees on the unauthorized sales);

5. Paragraph 103, subparagraph (e) of Count V (Forcing Plaintiff's authorized sellers to reduce prices to retain the buy box while continuing to charge prices for unauthorized Amazon listings above the reduced price imposed by Amazon to retain the buy box);
6. Paragraph 114, subparagraph (a) of Count VII (Blocking authorized sales); and
7. Paragraph 114, subparagraph (e) of Count VII (Forcing authorized sellers to reduce their prices to retain the Buy Box).

Dated this 16th day of August, 2018.

Honorable Steven P. Logan
United States District Judge